Lee A. Snyder, defendant in error, v. William Harrison Bradley, plaintiff in error. Gen. No. 26,986.

Suit for labor and materials furnished to defendant's agents and tenant for the installation of a boiler in premises owned by defendant. Decree for complainant establishing a mechanic's lien. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 28, 1922.

King, Brower & Hurlbut, for plaintiff in error. Erich E. Pacyna, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

George I. Haight, appellee, v. Lena Bell, appellant. Gen. No. 27,110.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 28, 1922.

Bernard F. Johnston, for appellant. Haight, Adcock, Haight & Harris, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Frank E. Thomas, defendant in error, v. Chicago Embossing Company, plaintiff in error. Gen. No. 26,984.

Action for personal injuries received while operating an unguarded dangerous machine in defendant's plant. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Thomson, J., dissenting. Opinion filed June 28, 1922. Rehearing denied July 10, 1922.

Bulkley, More & Tallmadge, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Abbie McCue, defendant in error, v. Thomas A. Quattrocki, plaintiff in error. Gen. No. 27,061.

Action for personal injuries received by plaintiff when she was struck by defendant's motor truck. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 28, 1922. Certiorari denied by Supreme Court (making opinion final).

Reeve & Vinissky, for plaintiff in error. Vernon W. Foster and Michael J. Sullivan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.